November 10, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

KERRY CARTER AND LETONIA JACKSON-CARTER, Appellants

NO. 14-11-00366-CV                    V.

SS PROPERTIES L.L.P., SCOTT PIERCE AND SHIOW-MINN PIERCE, Appellees

————————————————

Today the Court heard appellees' motion to dismiss the appeal from the judgment signed by the court below on March 18, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by KERRY CARTER AND LETONIA JACKSON-CARTER.

We further order this decision certified below for observance.